MEMORANDUM ENDORSEMENT

Derti v. Barg
19 CV 10215 (VB)

  On January 14, 2021, the Court received the attached letter from plaintiff, proceeding pro se and in forma pauperis. (Doc. #27). Plaintiff requests leave to file an amended complaint and response to defendant's motion to dismiss. (Doc. # 22).

  A pro se litigant "should be afforded every reasonable opportunity to demonstrate he has a valid claim," Satchell v. Dilworth, 745 F.3d 781, 785 (2d Cir. 1984), and should be granted leave to amend "at least once when a liberal reading of the complaint gives any indication that a valid claim might be stated," Chavis v. Chappius, 618 F.3d 162, 170 (2d Cir. 2010).

  Accordingly, plaintiff's application is GRANTED. Plaintiff shall file his amended complaint by **February 9, 2021**.

  Defendants shall have until **March 2, 2021**, to answer, move or otherwise respond to the amended complaint.

  The pending motion to dismiss is DENIED WITHOUT PREJUDICE. The Clerk is instructed to terminate the motion. (Doc. #22).

  Chambers will mail a copy of this Order to plaintiff at the address on the docket.

Dated: January 19, 2021
   White Plains, NY

            SO ORDERED:

            _____
            Vincent L. Briccetti
            United States District Judge